UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SHERRY ELAINE BUTLER,

                             Plaintiff,

          -against-

COLGATE-PALMOLIVE COMPANY,

                             Defendant.
---------------------------------------------------------------X
 CHRISTINA SILVIA PASTRANA,

                             Plaintiff,

          -against-

COLGATE-PALMOLIVE COMPANY,

                             Defendant.
---------------------------------------------------------------X
 DALIA ELIAS,

                             Plaintiff,

          -against-

COLGATE-PALMOLIVE COMPANY,

                             Defendant.
---------------------------------------------------------------X

24-CV-9558 (JAV) (VF)
24-CV-9620 (JAV) (VF)
25-CV-0068 (JAV) (VF)


**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The motions to stay discovery pending resolution of the motions to dismiss filed in 24-CV-09558, 24-CV-09620, and 25-CV-0068 are hereby **GRANTED.**

      The Clerk of Court is respectfully directed to terminate the gavels in 24-CV-09558 at ECF No. 26, 24-CV-09620 at ECF No. 34, and 25-CV-0068 at ECF No. 31.

      **SO ORDERED.**

DATED:     New York, New York
             April 21, 2025

                                      _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge