UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTINA SILVIA PASTRANA,

                       Plaintiff,

           -against-

COLGATE-PALMOLIVE COMPANY,

                    Defendant.

-----------------------------------------------------------------X

24-CV-9620 (JAV) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       In light of the Court's resolution of the motion to dismiss at ECF No. 41, this case is ready to move forward with discovery. Because this case is related to 24-CV-9558 and 25-CV-0068, discovery in these cases should proceed in tandem. Accordingly, the parties in 24-CV-9558, 24-CV-09620, and 25-CV-0068 are directed to confer and complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo. The parties are further directed to jointly file one updated Report of Rule 26(f) Meeting and Proposed Case Management Plan on ECF by **December 1, 2025**.

       **SO ORDERED.**

DATED:     New York, New York
             November 5, 2025

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge